UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 99-7594
(CR-96-8-F, CA-98-133-4-F)

United States of America,

Plaintiff - Appellee,

versus

Dennis Ray Gordon,

Defendant - Appellant.

O R D E R

The court amends its opinion filed May 2, 2000, as follows:

On the cover sheet, section 7, line 2 -- attorney Brett Alan Sagel is deleted from the counsel listing.

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7594**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DENNIS RAY GORDON,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. James C. Fox, District Judge. (CR-96-8-F, CA-98-133-4-F)

---

Submitted:  April 27, 2000              Decided:  May 2, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Dennis Ray Gordon, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Ray Gordon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Gordon, Nos. CR-96-8-F; CA-98-133-4-F (E.D.N.C. Sept. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED